# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00014-CR

**John Kennedy Green,**
**aka John Kenneth Graham,**
**aka John Kenneth Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT NO. 64890, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due March 10, 2010.  The brief has not been received and appellant's appointed attorney, Michael F. White, did not respond to this Court's notice that the brief is overdue.

The appeal is abated.  The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether the attorney it appointed to represent appellant has abandoned the appeal. Tex. R. App. P. 38.8(b)(2).  The court shall make appropriate findings and recommendations.  If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this cause.  A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the

Clerk of this Court for filing as a supplemental record no later than June 11, 2010. Tex. R. App. P. 38.8(b)(3).


Before Justices Patterson, Puryear and Henson

Abated

Filed: May 14, 2010

Do Not Publish